FILED

DEC 27 2013

Clerk, U.S. District Court
District Of Montana
Helena

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BILLINGS DIVISION

| | |
|---|---|
| DEON TOWNSEND,<br><br>Plaintiff,<br><br>vs.<br><br>OFFICER BATTLE, et al.,<br><br>Defendants. | Cause No. CV 13-147-BLG-SEH-CSO<br><br>ORDER |

On November 21, 2013, United States Magistrate Judge Carolyn S. Ostby entered Findings and Recommendation in this matter. She recommends dismissal of Defendants Victoria Callendar and Yellowstone County. Reviewing for plain error, *cf. McDonnell Douglas Corp. v. Commodore Bus. Mach., Inc.*, 656 F.2d 1309, 1313 (9th Cir. 1981), this Court finds none.

ORDERED:

The Findings and Recommendation of November 21, 2013 (Doc. 4), is ADOPTED. Defendants Callendar and Yellowstone County are DISMISSED.

DATED this 27th day of December, 2013.

Sam E. Haddon
Sam E. Haddon
United States District Court