
**FILED**

MAY 06 2014

Clerk, U.S. District Court
District Of Montana
Helena

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF MONTANA

BILLINGS DIVISION

| | |
|---|---|
| DEON TOWNSEND,<br><br>         Plaintiff,<br><br>vs.<br><br>BRANDON IHDE, OFFICER BATTLE, OFFICER MARTIAN,<br><br>         Defendants. | No. CV 13-147-BLG-SEH<br><br>**ORDER** |

On April 16, 2014, United States Magistrate Judge Carolyn S. Ostby entered Findings and Recommendation[1] in this matter. Plaintiff did not file objections. No review is required of proposed findings and recommendations to which no objection is made. Thomas v. Arn, 474 U.S. 140, 149-152 (1986). However, this

---

[1] Docket No. 28.

Court will review Judge Ostby's Findings and Recommendation for clear error.

Upon review, I find no clear error in Judge Ostby's Findings and Recommendation and adopt them in full.

ORDERED:

Defendant City of Billings is DISMISSED. The caption is amended as set forth above to reflect the dismissal.

DATED this 6th day of May, 2014.

SAM E. HADDON
United States District Judge