IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BILLINGS DIVISION

| | |
|---|---|
| DEON TOWNSEND, | CV 13-147-BLG-CSO |
| Plaintiff, | |
| vs. | **ORDER** |
| BRANDON IHDE, OFFICER BATTLE, and OFFICER MARTIAN, | |
| Defendants. | |

Plaintiff Deon Townsend has filed a Motion to Serve Interrogatories asking the Court to serve his discovery requests due to his indigent status. *ECF 34.* Townsend is proceeding in forma pauperis pursuant to 28 U.S.C. § 1915. That statute, however, provides coverage only for the costs of service of process of the complaint and trial subpoenas, printing the appellate record, and preparing transcripts of proceedings (where required by the district court). It does not provide for routine discovery costs. *See* 28 U.S.C. § 1915.

Because nothing in 28 U.S.C. § 1915 authorizes the Court to assist Townsend in his discovery efforts, the motion must be denied.

The Clerk of Court provided Townsend with a copy of Local Rule 26.2 on June 16, 2014, after Townsend attempted to file discovery requests. Local Rule 26.2 provides that discovery requests are not routinely filed with the Court. L.R. 26.2(a). Townsend must serve his discovery requests on counsel for Defendants. He should not send any further discovery to the Court, unless it is necessary for the Court's consideration of a pending motion. See L.R. 26.3(b).

Based on the foregoing, the Court issues the following:

**ORDER**

1. Townsend's Motion to Serve Interrogatories (*ECF 34*) is DENIED.

2. At all times during the pendency of this action, Townsend must immediately advise the Court and opposing counsel of any change of address and its effective date. Failure to file a Notice of Change of Address may result in the dismissal of the action for failure to prosecute pursuant to Fed.R.Civ.P. 41(b).

DATED this 26th day of June, 2014.

    /s/ Carolyn S. Ostby
United States Magistrate Judge